CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 30 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ARTURO CRUZ, | |
| Plaintiff, | Case No. 7:09CV00522 |
| v. | FINAL ORDER |
| SGT. GREER, ET AL., | By: Glen E. Conrad |
| Defendants. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 30th day of December, 2009.

/s/ Glen E. Conrad
United States District Judge